IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-CV-02946-JLK

THOMAS W. PRESTON,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

1.     APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Frederick W. Newall
Attorney for Plaintiff
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
Fnewall@qwestoffice.net

For Defendant:
John F. Walsh
United States Attorney

Kevin T. Traskos
Deputy Civil Chief
United States Attorney's Office
District of Colorado

William G. Pharo
United States Attorney's Office
District of Colorado

Michael Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th St.
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

3. DATES OF FILING OF RELEVANT PLEADINGS

A. Date Complaint was filed: November 11, 2011

B. Date Complaint was served on U.S. Attorney's Office: November 30, 2011

C. Date Answer and Administrative Record were filed: January 26, 2012

4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties, to the best of their knowledge, state that the administrative record is complete and accurate. Notwithstanding, the parties would reserve objections regarding the adequacy of the record for the parties' respective briefs on the merits of the case.

5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties do not intend to submit additional evidence.

6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties, to the best of their knowledge, do not believe the case raises unusual claims or defenses.

7. OTHER MATTERS

The parties have no other matters to bring to the attention of the Court.

8. BRIEFING SCHEDULE

The parties respectfully request the following briefing schedule:

A. Plaintiff's opening brief due: **March 26, 2012**

B. Defendant's response brief due: **April 25, 2012**

C. Plaintiff's reply brief (if any) due: **May 10, 2012**

9. STATEMENTS REGARDING ORAL ARGUMENT

The parties do not request oral argument.

10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

The parties consent to the exercise of jurisdiction of a United States Magistrate Judge.

11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C. COLO.L.CivR. 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON ALL ATTORNEYS OF RECORD AND ALL *PRO SE* PARTIES.

12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 1st day of March, 2012.

BY THE COURT:

S/ **John L. Kane**
U.S. DISTRICT COURT JUDGE

APPROVED:

s/
Frederick W. Newall
Attorney for Plaintiff
730 N. Weber, #101
Colorado Springs, CO 80903
(719) 633-5211
Fnewall@qwestoffice.net

John F. Walsh
United States Attorney

Kevin T. Traskos
Deputy Civil Chief
United States Attorney's Office

3

District of Colorado

William G. Pharo
United States Attorney's Office
District of Colorado

/s/ Michael S. Howard
Michael S. Howard
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1001 17th St.
Denver, Colorado 80202
(303) 844-7192
Michael.howard@ssa.gov

Attorneys for Defendant